179 F.2d 964
 UNITED STATES of America ex rel. Bartolomeo VERNI, Relator-Appellant,
v.
DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION AT PORT OF NEW YORK, Respondent-Appellee.
UNITED STATES of America ex rel. Domenic NOVIELLI, Relator-Appellant,
v.
DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION AT PORT OF NEW YORK, Respondent-Appellee.
 Nos. 189-190.
 Docket 21610-21611.
 United States Court of Appeals Second Circuit.
 Argued February 28, 1950.
 Decided February 28, 1950.
 
 Appeal from the United States District Court for the Southern District of New York.
 Cox & Calie, New York City (Arnold J. Calie, New York City, of counsel), for relators-appellants.
 Irving H. Saypol, U. S. Atty., New York City, for respondent.
 Before L. HAND, GOODRICH and FRANK, Circuit Judges.
 PER CURIAM.
 
 
 1
 Orders affirmed in open court as to Verni and Novielli without hearing other side.